042
1   MALIK W. AHMAD, ESQ.
Nevada Bar No. 10305
2   City Center West, Suite 108
7201 West Lake Mead Blvd.
3   Las Vegas, Nevada 89128
(702) 270-9100 (Phone)
(702) 384-5900 (Fax)
4   Malik11397@aol.com

5   Attorney for Plaintiff
David G. Smith

6

7                    UNITED STATES DISTRICT

                FOR THE DISTRICT OF NEVADA
8

9

SVI, INC., DBA SPECIALTY VEHICLES,        )        CASE NO: 2:07-CV-1447
10  A Nevada Corporation;                     )        Hon. Lloyd D. George
                            Plaintiff,         )
11  Vs.                                        )
                                             )
12  DAVID G. SMITH, Individually; BUS         )        Motion to Withdraw As Counsel
SERVICES CORPORATION, DBA TRAMS           )
13  International, a California Corporation; DOES )
Through X, Inclusive; ROE CORPORATIONS 1  )
14  Through X, Inclusive                       )
                                             )
15                                             )
                            Defendants.        )
16  ─────────────────────────────────────     )

17          COMES NOW the undersigned attorney of record for the Plaintiff, David G. Smith, and

18  prays this Court to enter order granting leave to withdraw as counsel for the Plaintiff herein,

19  and as grounds therefore would show the Court:

20          1. There have arisen irreconcilable differences between the Plaintiff and the

21  undersigned as the Plaintiff refuses to cooperate with counsel and has breached their Retainer

22  agreement with counsel by refusing to make any payments under the contract. The undersigned

23  is a solo practitioner and it has been difficult for him to continue owing to many charges on his

24

25

                                        [1]

practice. The Plaintiff has refused, delaying or is using dilatory tactics to pay his fees which

has been accrued since last March, 2008.

2. The undersigned will be unable to effectively and properly continue representing the

Plaintiff because of such differences and because of financial hardship.

3. The last known address of the Plaintiff is:

David G. Smith
1411 Delaware #4
Huntington Beach, CA 92648

WHEREFORE, upon hearing hereof, the undersigned prays:

1. That this Court enters an order allowing withdrawal herein;

2. For such relief as the Court deems just and proper.

Dated this 6th Day of September, 2008.

(sd) Malik W. Ahmad
MALIK W. AHMAD, ESQ.
Nevada Bar No. 10305
City Center West, Suite 108
7201 West Lake Mead Blvd.
Las Vegas, Nevada 89128
(702) 270-9100 (Phone)
(702) 384-5900 (Fax)
Malik11397@aol.com
Attorney for Plaintiff
David G. Smith

[2]

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on September 6th, 2008, I served a copy of the foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD, upon the following parties by depositing the same in a sealed envelope in the United States Post Office, Las Vegas, Nevada first class postage fully prepaid and addressed to the following:

David G. Smith
1411 Delaware #4
Huntington Beach, CA 92648

John H. Caballero,
12070 Telegraph Road
Suite 103
Santa Fe Springs, CA 90670

Russell G Gubler
8831 West Sahara Avenue
Las Vegas, Nevada 89117

I further certify that service was made by electronic means to all other parties and their counsel of record.

_____
Malik W. Ahmad

[3]

## AFFIDAVIT OF MALIK W. AHMAD, ESQ., IN SUPPORT OF MOTION TO WITHDRAW

STATE OF NEVADA           )
COUNTY OF CLARK           ) ss:

Malik W. Ahmad, Esq., the Affiant, being first duly sworn, deposes and says as follows:

1.  I am an attorney with the Law Office of Malik W. Ahmad, representing Plaintiff David G. Smith, in the above entitled action.

2.  I have personal knowledge of all matters stated herein and would competently be able to testify to them and make this Affidavit under the penalty of perjury.

3.  I make this Affidavit in support of this Motion to Withdraw as Attorney of Record.

4.  There have arisen irreconcilable differences between the undersigned and the Plaintiff, in that the Plaintiff has breached his Retainer Agreement with counsels by refusing to make payment under the contract.

5.  Due to the irreconcilable differences which have arisen between the undersigned and his client, the undersigned will be unable to effectively and properly continue representing the Plaintiff herein.

6.  It is in the best interests of both undersigned and Plaintiff that their attorney-client relationship be terminated.



MALIK W. AHMAD, ESQ.

SUBSCRIBED AND SWORN to before me
this 4th day of September, 2008.

_____
NOTARY PUBLIC

R.C. MACALMA
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 01-20-2012
Certificate No: 05-86651-1

[1]