

May 14, 2010

Lloyd D. George, U.S. Courthouse
U. S. District Court
District of Nevada Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV  89101

Subject:  Case No.: 2:07-cv-1447-LDG-PAL – Calendar Call

Dear Judge George,

As you might remember, I am defending myself in the above mentioned case. I do not know what a "Calendar Call" is. I understand that one is scheduled for 6/1/2010 in LV Courtroom 6B before you. I respectfully request that I be excused from this proceeding, if indeed I'm required to be in attendance. I have set aside 6/14/2010 and 6/15/2010 to be in Las Vegas for the Bench Trial and plan to be present for the trial. For me to take an additional day off work and the expenses involved in traveling to Las Vegas and back for the Calendar Call will cost money that I do not have available.

I request that the Court forward any documents/correspondence to my address at:

David G. Smith
1411 Delaware St., Apt. 4
Huntington Beach, CA  92648
E-mail:  davidg1761@hotmail.com

Best Regards,

David G. Smith

