# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SVI, INC., | |
|     Plaintiff, | Case No. 2:07-cv-1447-LDG (PAL) |
| v. | **ORDER** |
| DAVID SMITH, | |
|     Defendant. | |

The defendant, David Smith, has sent the court a letter (#89) requesting that he be excused from appearing for Calendar Call on June 1, 2010.  The court will grant the motion.  Nevertheless, a purpose of Calendar Call is to ensure that parties have submitted and filed certain documents necessary to the conduct of the trial.  As such, the court will require that Smith shall file all such documents, including proposed findings of fact and conclusions of law, to the court not later than Thursday, May 27, 2010, at 5:00 p.m.  If Smith fails to timely file such documents, the Court will require that he personally appear at Calendar Call.

Therefore, for good cause shown,

THE COURT **ORDERS** that David Smith's Request to be excused from appearing at Calendar Call (#89) is GRANTED.

1   THE COURT FURTHER **ORDERS** that David Smith shall file, prior to Thursday,
2 May 30, 2010, at 5:00 p.m., all documents required to be filed prior to Calendar Call.  If
3 David Smith fails to comply with this order, the Court will require that he personally appear
4 at Calendar Call on Tuesday, June 1, 2010.

6   DATED this ___21___ day of May, 2010.

8   _____
    Lloyd D. George
9   United States District Judge

2