# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SVI, INC. DBA SPECIALTY
VEHICLES,

      Plaintiff,

v.

DAVID G. SMITH, *et al.*,

      Defendants.

Case No. 2:07-cv-01447-LDG (PAL)

**FINAL JUDGMENT**

    Previously, the Court granted partial summary judgment on the issue of liability in favor of plaintiff SVI, Inc. dba Specialty Vehicles and against defendant David G. Smith. The parties tried the issue of damages to the Court without a jury, following which the Court reached the following decision:

    THE COURT **ORDERS AND ADJUDGES** that plaintiff SVI, Inc. dba Specialty Vehicles recover from the defendant David G. Smith the amount of $757,131.89, with interest and costs.

 DATED this __24th__ day of March, 2011.

_____
Lloyd D. George
United States District Judge