1
2
3        UNITED STATES DISTRICT COURT
4               DISTRICT OF NEVADA
5                      * *
6
7  SVI INC,                    )
                                )       2:07-cv-1447 LDG
8                               )
           Plaintiff(s),        )
9                               )
   vs.                          )
10                              )
                                )
11 BUS SERVICES CORP et al,     )
                                )
12                              )
           Defendant(s).        )
13

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/13/13

U.S. DISTRICT JUDGE